# UNITED STATES DISTRICT COURT

For the

District of Rhode Island

| | | |
|---|---|---|
| Pastor Garia,<br>*Plaintiff,* | )<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)* |
| v. | )<br>)<br>)<br>) | Jury Trial: NO |
| CITIZENS BANK, N.A.,<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) | |

## COMPLAINT FOR A CIVIL CASE

**I.    PARTIES TO THIS COMPLAINT**

**A.  The Plaintiff(s)**

Pastor Garcia

72 Mineral Spring Ave

Pawtucket, Providence County

RI 02860

(561) 541 5305

Rolandomarketing1@gmail.com

**B.  The Defendant(s)**

CITIZENS BANK, N.A.

One Citizens Bank Way

Johnston, Providence County

RI 02919

Telephone Number: Unknown

E-mail Address: Unknown

## II.    BASIS FOR JURISDICTION

**Federal Question**
This Court has jurisdiction pursuant to **28 U.S.C. § 1331**, as the case arises under federal statutory law—specifically, 12 U.S.C., 15 U.S.C., 18 U.S.C., 28 U.S.C., Etc...

## III. STATEMENT OF CLAIM

1.  Plaintiff submitted Application ID #197001 on July 16, 2025, using collateral security in accordance with the Federal Reserve Act.

2.  Plaintiff instructed the Defendant to (a) apply the tender to the Principal's account and mail the account card within 3 business days, (b) apply principal for set-off each billing cycle, (c) address discrepancies in writing within 3 business days, and (d) not assume unstated matters.

3.  Despite these instructions, Defendant failed to remit interest, issue the account card, or apply principal, resulting in ongoing deprivation of Plaintiff's rightful account access and earnings.

4.  Plaintiff delivered written, certified notices to Defendant explaining these matters and giving them the opportunity to comply; these were ignored.

5.  Plaintiff's financial position continues to be harmed by Defendant's inaction.

## IV. RELIEF

Plaintiff requests that the Court:

Have the defendant apply the tender of payment to the account, declare that the defendant has a fiduciary duty to remit interest owed, issue the account card, and apply principal balances for set-off each billing cycle. Order Defendant to perform these obligations immediately.

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11

**For Pro Se Parties:**

I understand that I must notify the Clerk's Office of any change in my address and that failing to do so could result in dismissal of the case.

Date: 8-13-2025

Signature: _____

Printed Name: Pastor Garcia

**Attachments (included with filing as exhibits):**

- Exhibit A: Copy of Citizens Bank denial letter.

- Exhibit B–D: Copies of letters sent to Citizens Bank.

- Exhibit B-1–D-1: Certified mail receipts and proofs of service.